UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANA LUCE,<br><br>  Plaintiff,<br><br>  vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>  Defendant | Civil No.  C05-5419-RBL<br><br><br><br>ORDER OF REMAND |

  Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded for further administrative proceedings, including, but not limited to, the following actions:  the administrative law judge (ALJ) will give Plaintiff an opportunity for a new hearing; the ALJ will further consider all of Plaintiff's impairments in determining whether he has a severe impairment(s) throughout the sequential evaluation process; the ALJ will consider the opinions of David Wigutoff, Ph.D. (Tr. 125-130), Beal Essink, M.D. (Tr. 142-148), James E. Bryan, Ph.D. (Tr. 195-204), Vincent E. Hansen, M.D. (Tr. 212-215),

Page 1     ORDER- [C05-5419-RBL]

Paul Brown, Ph.D. (Tr. 344-348), and Frank P. Colistro, Ed.D. (Tr. 350-353) and will give proper reasons for the weight given them; the ALJ will further consider Plaintiff's subjective complaints, Theresa Luce's statements (Tr. 70-78, 322-333), and the Department of Veterans Affairs' disability rating (Tr. 137-141); the ALJ will further consider Plaintiff's residual functional capacity; and the ALJ will further consider, with the assistance from a vocational expert, Plaintiff's ability to perform other work in the national economy.

This case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).

DATED this 15th day of November, 2005.

RONALD B. LEIGHTON

UNITED STATES DISTRICT JUDGE

Recommended for Entry:

  s/ Karen L. Strombom
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ Daphne Banay
Daphne Banay
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Phone:  206-615-2113
Fax:    206-615-2531
daphne.banay@ssa.gov

Page 2    ORDER- [C05-5419-RBL]